**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Luis Ivan GUERRERO, Defendant–Appellant.**

No. 03–40616.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2004.

James Lee Turner, Assistant US Attorney, Jeffery Alan Babcock, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Miguel A. Nogueras, Aurora Ruth Bearse, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM.*

Luis Ivan Guerrero appeals his guilty-plea conviction and sentence for possession of counterfeited United States obligations. He contends that the condition barring his possession of "any other dangerous weapon" must be stricken from the written judgment because it conflicts with the sentence as orally pronounced by the district court.

This issue is foreclosed by *United States v. Torres–Aguilar,* 352 F.3d 934, 935–38 (5th Cir.2003).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.